IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.G. and H.H., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO. 1:23-cv-00145-JPB |
| | : | |
| DAYARAM V. PATEL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PLAINTIFFS' NOTICE TO TAKE VIDEOTAPED DEPOSITION OF NON-PARTY, OFFICER AARON HAYES

PLEASE TAKE NOTICE, Pursuant to Federal Rules of Civil Procedure 26 and 30, that beginning at 1:00 p.m., E.D.T., on September 20, 2023, Plaintiffs' Counsel will take the deposition of non-party, *Officer Aaron Hayes* at Andersen, Tate, and Carr, P.C., 1960 Satellite Boulevard, Suite 4000, Duluth, Georgia 30097. The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions. The deposition will be videotaped. The deposition will be taken for all purposes allowed by law.

**Record**. The Court Reporter, consistent with the rules relating to the take down of deposition testimony, will provide the official transcript of the deposition in the usual course and manner. The deposition will continue from day to day until

1

the examination is complete. The deposition may also need to be recorded by video via Zoom or other technology.

Respectfully submitted this 6th day of September, 2023.

                                         **ANDERSEN, TATE, & CARR, P.C.**

                                         ***/s/ Tyler Dillard***
                                         Patrick J. McDonough
                                         Georgia Bar No. 489855
                                         pmcdonough@atclawfirm.com
                                         Tyler Dillard
                                         Georgia Bar No. 115229
                                         tdillard@atclawfirm.com
                                         Jonathan S. Tonge
                                         Georgia Bar No. 303999
                                         jtonge@atclawfirm.com
                                         *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.G. and H.H., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO. 1:23-cv-00145-JPB |
| | : | |
| DAYARAM V. PATEL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PLAINTIFFS' CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of *Plaintiffs' Notice to Take Videotaped Deposition of Non-Party, Officer Aaron Hayes*, with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

Respectfully submitted this 6th day of September, 2023.

                                         **ANDERSEN, TATE, & CARR, P.C.**

                                         ***/s/ Tyler Dillard***
                                         Patrick J. McDonough
                                         Georgia Bar No. 489855
                                         pmcdonough@atclawfirm.com
                                         Tyler Dillard
                                         Georgia Bar No. 115229
                                         tdillard@atclawfirm.com
                                         Jonathan S. Tonge
                                         Georgia Bar No. 303999

jtonge@atclawfirm.com  
*Attorneys for Plaintiffs*

One Sugarloaf Centre  
1960 Satellite Boulevard, Suite 4000  
Duluth, Georgia 30097  
(770) 822-0900 | Telephone  
(770) 822-9680 | Facsimile