# EXHIBIT B

# H.H. Depo Transcript Pages

# FILED PROVISIONALLY UNDER SEAL