IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.G. and H.H., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO. 1:23-cv-00145-JPB |
| DAYARAM V. PATEL, | : | |
| Defendant. | : | |

## **STIPULATION OF DISMISSAL**

Plaintiffs A.G. and H.H., and Defendant Dayaram V. Patel have reached an agreement to resolve all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate the dismissal of all claims with prejudice.

Respectfully submitted this 11th day of July, 2024.

                                    **ANDERSEN, TATE & CARR, P.C.**

                                    */s/ Tyler Dillard*
                                    Patrick J. McDonough
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    Tyler Dillard
                                    Georgia Bar No. 115229
                                    tdillard@atclawfirm.com
                                    Jonathan S. Tonge
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

        **WEINBERG WHEELER
        HUDGINS GUNN & DIAL, LLC**

        ***/s/ Shubhra R. Mashelkar***_____
        Christopher T. Byrd
        Georgia Bar No. 100854
        cbyrd@wwhgd.corn
        Shubhra R. Mashelkar
        Georgia Bar No. 475388
        smashelkar@wwhgd.com
        Marriah N. Paige
        Georgia Bar No. 852228
        mpaige@wwhgd.com
        *Attorneys for Defendant*

3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
Telephone: (404) 876-2700
Facsimile: (404) 876-9433

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.G. and H.H., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION FILE |
| v. : | NO. 1:23-cv-00145-JPB |
| : | |
| DAYARAM V. PATEL, : | |
| : | |
| Defendant. : | |
| : | |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 11th day of July, 2024.

                                                              **ANDERSEN, TATE & CARR, P.C.**

                                                              */s/ Tyler Dillard*
                                                              Patrick J. McDonough
                                                              Georgia Bar No. 489855
                                                              pmcdonough@atclawfirm.com
                                                              Tyler Dillard
                                                              Georgia Bar No. 115229
                                                              tdillard@atclawfirm.com
                                                              Jonathan S. Tonge
                                                              Georgia Bar No. 303999
                                                              jtonge@atclawfirm.com
                                                              *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.G. and H.H., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION FILE |
| v. : | NO. 1:23-cv-00145-JPB |
| : | |
| DAYARAM V. PATEL, : | |
| : | |
| Defendant. : | |
| : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 11th day of July, 2024.

                                    **ANDERSEN, TATE & CARR, P.C.**

                                    */s/ Tyler Dillard*
                                    Patrick J. McDonough
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    Tyler Dillard
                                    Georgia Bar No. 115229
                                    tdillard@atclawfirm.com
                                    Jonathan S. Tonge
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000

Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile